UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS,<br>　　　　　　　　　Plaintiffs,<br>v.<br>WAL-MART STORES, INC.,<br>　　　　　　　　　Defendant. | Civil Action<br>No. 05-CV-11468-MDW |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO MOTION TO SEVER**

Plaintiffs Bastien, Belus, Castro Velazquez, Gabriel, Johnson, Larry, Lee, Myles and Vicente move to extend until October 17, 2005 the time to file their opposition to the Motion to Sever filed by defendant Wal-Mart Stores, Inc. ("Wal-Mart") on August 31, 2005. In support of its motion, plaintiffs state as follows:

1. Wal-Mart served its Motion to Sever on August 31, 2005, the same day that Wal-Mart filed its Answer and Jury Demand.

2. Counsel for plaintiffs, Cara M. Cheyette, will be on a long-planned vacation out of the country from September 2 until September 19, 2005.

3. Shortly after Ms. Cheyette returns to the office, plaintiffs will be moving to add additional plaintiffs to their Complaint.

4. Because the plaintiffs' anticipated motion to amend and Wal-Mart's Motion to Sever will concern overlapping questions about the nature of the plaintiffs' claims and management of the

- 1 -

232949.1

- 2 -

case going forward, extending the time for plaintiffs to respond to Wal-Mart's motion will prevent piecemeal adjudication of related matters.

5. In addition, because discovery in this case has not yet commenced, no prejudice or delay will flow from the granting of this motion.

6. For all of these reasons, the plaintiffs, with Wal-Mart's assent, respectfully ask for leave to file its response to Wal-Mart's Motion to Sever on or before October 17, 2005.

By their attorneys:

/s/ Cara M. Cheyette
Ruth T. Dowling (BBO #645568)
Cara M. Cheyette (BBO #648107)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Barbara J. Dougan (BBO # 558392)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF THE BOSTON BAR
ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 482-1145

Anne-Marie G. Harris (BBO #557862)
SALEM STATE COLLEGE
SCHOOL OF BUSINESS
352 Lafayette Street
Salem, MA 01970
(978) 542-6823

232949.1

Assented-to by Wal-Mart Stores, Inc.

by its attorneys,


  /s/ Richard E. Quinby
Richard E. Quinby (BBO # 545641)
Allison E. O'Neil (BBO # 641330)
Chauncey D. Steele IV (BBO # 647207)
Craig and Macauley
      Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500


September 2, 2005