# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA 02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

CARA M. CHEYETTE
(617) 239-0584
ccheyette@eapdlaw.com

December 12, 2005

**By First-Class Mail**

Mr. Dennis O'Leary
Courtroom Clerk for the Honorable Mark L. Wolf
U.S. District Court of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    *Bastien et al* v. *Wal-Mart Stores, Inc.*, Civil Action No. 05-11468-MLW (D. Mass)

Dear Mr. O'Leary:

This firm represents the plaintiffs in the above-referenced matter.

The plaintiffs' filed their complaint on July 12, 2005. Subsequently, Wal-Mart filed its answer and moved to sever the plaintiffs' claims. The plaintiffs in turn moved for leave to file an amended complaint that adds three additional plaintiffs. By October 17, both motions were fully briefed.

The plaintiffs are eager to move this case forward, but recognize that resolution of the outstanding motions will no doubt affect the timing and, perhaps, the scope of discovery. Therefore, in order to permit the Court to schedule (and the parties to plan for) a conference under Rule 16(b), the plaintiffs respectfully request that a hearing be scheduled on the pending motions at the Court's earliest convenience.

Very truly yours,

Cara M. Cheyette

cc:    Richard E. Quinby (counsel for Wal-Mart)
       Ruth Dowling
       Barbara Dougan
       Anne-Marie Harris