UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS,<br>      Plaintiffs<br><br>v.<br><br>WAL-MART STORES, INC.<br>      Defendant | Civil Action No. 05-11468-MLW |

**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

The defendant Wal-Mart Stores, Inc. requests that the Court extend the time to answer or otherwise move with respect to the complaint up to and including February 13, 2006. The additional time is required to better respond to the complaint. The plaintiff assents to this request.

                        WAL-MART STORES, INC.

                        s/Allison M. O'Neil
                        Richard E. Quinby (BBO 545641)
                        Allison M. O'Neil (BBO 641330)
                        Chauncey D. Steele (BBO 647207)
                        Craig and Macauley
                          Professional Corporation
                        600 Atlantic Avenue
                        Boston, MA 02210
                        (617) 367-9500

Assented to:

ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL MAURICE JOHNSON, MARLOLARRY, DONNA LEE, COURTNEY MYLES and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS,

By their attorney,


s/Cara Cheyette_____
Cara Cheyette, Esquire
BBO # 648107
Ruth T. Dowling, Esquire
Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0584

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 26, 2006

                                        s/Allison M. O'Neil  
                                        Allison M. O'Neil