UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alexandra Bastien, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Wal-Mart Stores, Inc., <br><br> Defendant. | Civil Action No.  05-11468-MLW |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to this Court's Notice of Scheduling Conference dated January 9, 2006, and Local Rule 16.1(D), the parties submit this Joint Statement in anticipation of the scheduling conference set for February 22, 2006.

**A.  Conference of Counsel**

Counsel for plaintiffs, Alexandra Bastien et al. ("Bastien"), and counsel for defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), conferred as provided in Local Rule 16.1(B) on February 2, 2006.  The parties agreed that the setting of a pretrial schedule should be on the agenda for the scheduling conference.

**B.  Proposed Pretrial Schedule**

The parties were able to agree upon a proposed pretrial schedule.  Attachment A sets forth the parties' proposed schedule.

**C.   Changes to Limitations on Discovery Under the Federal Rules**

The parties agree that their initial disclosures will be due on or before February 17, 2006.

The parties do not currently propose any change to the number and type of discovery events set forth in Local Rule 26.1(C).

**D. Trial by Magistrate Judge**

The parties are willing to consent to a trial by magistrate judge.

**E. Settlement**

Pursuant to Local Rule 16.1(C), Bastien submitted a written settlement offer to Wal-Mart on February 13, 2006.  Wal-Mart has agreed to give this settlement offer due consideration.

**F. Local Rule 16.1(D)(3) Certifications**

The parties will separately file their certifications.

| Wal-Mart Stores, Inc. | Alexandra Bastien, et al. |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Allison M. O'Neil | /s/ Cara Cheyette |
| Richard E. Quinby (BBO # 545641) | Ruth T. Dowling (BBO #645568) |
| Allison M. O'Neil (BBO #641330) | Cara M. Cheyette (BBO #648107) |
| Chauncey D. Steele IV (BBO #647207) | Scott R. Magee (BBO #664067) |
| Craig and Macauley | EDWARDS ANGELL PALMER & DODGE LLP |
| 600 Atlantic Avenue | 111 Huntington Avenue |
| Boston, MA 02210 | Boston, MA  02199-7613 |
| 617.367.9500 | 617.239.0100 |
| | |
| | Barbara J. Dougan (BBO # 558392) |
| | LAWYERS' COMMITTEE FOR CIVIL RIGHTS |
| | UNDER LAW OF THE BOSTON BAR ASSOCIATION |
| | 294 Washington Street, Suite 443 |
| | Boston, MA 02108 |
| | (617) 482-1145 |
| | |
| | Anne-Marie G. Harris (BBO #557862) |
| | SALEM STATE COLLEGE |
| | SCHOOL OF BUSINESS |
| | 352 Lafayette Street |
| | Salem, MA 01970 |
| | (978) 542-6823 |

February 17, 2006

## ATTACHMENT A

### Proposed Pretrial Schedule

| PRE-TRIAL EVENT | PROPOSED SCHEDULE |
|---|---|
| All Motions To Amend The Pleadings, Including Motions Concerning The Joinder Of Parties, To Be Filed | March 10, 2006 |
| Close of All Fact Discovery | November 15, 2006 |
| Rule 26(a)(2)(B) Expert Disclosures Due | December 15, 2006 |
| Rule 26(a)(2)(C) Expert Disclosures Due | January 15, 2007 |
| Close of Expert Discovery, Including any Expert Depositions | February 15, 2007 |
| Dispositive Motions Filed | April 1, 2007 |
| Final Pretrial Conference | May 15, 2007 |
| Trial Date | At the Court's earliest convenience after May 25, 2007 |