UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
ALEZALEE AYALA, ALEXANDRA      )
BASTIEN, ROUDY BELUS,          )
MARIBEL CASTRO VELAZQUEZ,      )   Civil Action No. 05-11468-MLW
TONI GABRIEL, MAURICE          )
JOHNSON, MARLO LARRY,          )
DONNA LEE, COURTNEY            )
MYLES, CHRIS SANDIFORD,        )
MICHELLE TYLER and CARLA       )
VICENTE, in her personal       )
capacity and on behalf         )
of her minor child,            )
DESTINY RAMOS,                 )
                               )
     Plaintiffs,               )
                               )
v.                             )
                               )
WAL-MART STORES, INC.,         )
                               )
     Defendant.                )
_____)
```

INITIAL DISCLOSURE OF THE DEFENDANT WAL-MART STORES, INC.
PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE

The Defendant Wal-Mart Stores East, LP ("Wal-Mart"), incorrectly identified in the Complaint as Wal-Mart Stores, Inc., hereby submits the following sworn statement disclosing the information required pursuant to F.R.C.P. 26(a)(1) and Local Rules 26.1 and 26.2.

F.R.C.P. Rule 26 (a)(1)(A): (the name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information).

   1. Phil Mariano, 30 Horseshoe Lane, Bridgewater, MA 02324. Mr. Mariano was an Assistant Store Manager at the Avon Wal-Mart during at least one of the incidents described in the Complaint.

2. <u>Gary Carter</u>, 20 Evelyn Road, Holbrook, MA 02343; (781)767-0162. Mr. Carter was the Store Manager at the Avon Wal-Mart during at least one of the incidents described in the Complaint.

3. <u>Charlene Tanton</u>, 166 Melrose Street, Brockton, MA 02301. Ms. Tanton was the People Greeter at the Avon Wal-Mart during at least one of the incidents described in the Complaint.

4. <u>Charlotte Oldham</u>, Wal-Mart Stores, Inc., 30 Memorial Drive, Avon, MA 02322. Ms. Oldham was an Assistant Store Manager at the Avon Wal-Mart during at least one of the incidents described in the Complaint.

5. <u>Carol Bentley</u>, Wal-Mart Stores, Inc., 30 Memorial Drive, Avon, MA 02322. Ms. Bentley was an Assistant Store Manager at the Avon Wal-Mart during at least one of the incidents described in the Complaint.

6. <u>Bronia Travares</u>, Wal-Mart Stores, Inc., 30 Memorial Drive, Avon, MA 02322. Ms. Travares was a Cashier at the Avon Wal-Mart during the period described in the Complaint.

7. <u>Avon Police Department</u>, 150 Main Street Avon, Massachusetts 02322; (508) 583-6677. One or more of its officers responded to at least one of the incidents described in the Complaint.

8. <u>Tewksbury Police Department</u>, 918 Main Street, Tewksbury, MA 01876; (978) 640-4381. One or more of its officers responded to at least one of the incidents described in the Complaint.

9. <u>Plaintiffs' Employers</u>, addresses unknown. The employers will have knowledge of any absences from work during the relevant period for each Plaintiff.

10. <u>Plaintiffs' Medical Providers</u>, addresses unknown. The medical providers will have knowledge of any medical issues during the relevant period for each Plaintiff.

11. <u>Plaintiffs</u>, They will have testimony regarding their individual claims and damages.

<u>F.R.C.P. Rule 26 (a)(1)(B)</u>: (a copy of, or a description by category and location of all documents, data compilations, and tangible things that are in the possession custody and control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment).

1.   Wal-Mart Statement of Ethics

    2.    Wal-Mart Shoplifter Apprehension Policy

    3.    Wal-Mart Time Card Archive Reports

Counsel is obtaining copies of these documents and the copies will be provided to Plaintiffs' counsel as soon as Defendant's counsel has obtained them.

<u>F.R.C.P. Rule 26 (a)(1)(C)</u>: (a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, nor privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered).

    Not Applicable.

<u>F.R.C.P. Rule 26 (a)(1)(D)</u>:(for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or to reimburse for payments made to satisfy the judgment).

We are obtaining the insurance information and hope to have it by February 22, 2006.

Dated: February 17, 2006        WAL-MART STORES EAST, LP

                                        By its attorneys,

                                        CRAIG AND MACAULEY
                                         PROFESSIONAL CORPORATION

                                        s/Richard E. Quinby
                                        Richard E. Quinby (BBO#545641)
                                        Allison M. O'Neil (BBO#641330)
                                        Chauncey D. Steele IV (BBO#647207)
                                        Craig and Macauley
                                         Professional Corporation
                                        Federal Reserve Plaza
                                        600 Atlantic Avenue
                                        Boston, MA  02210
                                        (617) 367-9500

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 17, 2006

                                    s/Richard E. Quinby
                                    Richard E. Quinby