UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Alexandra Bastien, et al.,

        Plaintiffs,

v.

Wal-Mart Stores, Inc.,

        Defendant.

Civil Action No. 05-11468-MLW

**LOCAL RULE 16.1(D) CERTIFICATE OF CONFERENCE**

The undersigned affirm that they have conferred:

(a)     concerning the costs of conducting the full course — and various alternative courses — of the litigation, and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Ruth T. Dowling (BBO #645568)
Cara M. Cheyette (BBO #648107)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

_____
Alezalee Ayala
30 Prospect Street
Lowell, MA 01852

February 17, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alexandra Bastien, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Wal-Mart Stores, Inc.,<br><br>   Defendant. | Civil Action No. 05-11468-MLW |

## LOCAL RULE 16.1(D) CERTIFICATE OF CONFERENCE

The undersigned affirm that they have conferred:

(a) concerning the costs of conducting the full course — and various alternative courses — of the litigation, and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Ruth T. Dowling (BBO #645568)
Cara M. Cheyette (BBO #648107)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

_____
Roudy Belus
111 Oak Lane, Apt. 3
Brockton, MA 02301

February 17, 2006

BOS111 11725214.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Alexandra Bastien, et al.,

        Plaintiffs,

v.

Wal-Mart Stores, Inc.,

        Defendant.

Civil Action No. 05-11468-MLW

## LOCAL RULE 16.1(D) CERTIFICATE OF CONFERENCE

The undersigned affirm that they have conferred:

(a)     concerning the costs of conducting the full course — and various alternative courses — of the litigation, and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Ruth T. Dowling (BBO #645568)
Cara M. Cheyette (BBO #648107)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

_____
Toni Gabriel
757 North Cary Street
Brockton, MA 02302

February 17, 2006

BOS111 11725214.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alexandra Bastien, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Wal-Mart Stores, Inc.,<br><br>        Defendant. | Civil Action No.  05-11468-MLW |

### LOCAL RULE 16.1(D) CERTIFICATE OF CONFERENCE

The undersigned affirm that they have conferred:

(a)     concerning the costs of conducting the full course — and various alternative courses — of the litigation, and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____          _____
Ruth T. Dowling (BBO #645568)              Maurice Johnson
Cara M. Cheyette (BBO #648107)             250 So. Whiting Street, Apt. 912
EDWARDS ANGELL PALMER & DODGE LLP          Alexandria, VA 22034
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100


February 17, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alexandra Bastien, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Wal-Mart Stores, Inc.,<br><br>   Defendant. | Civil Action No. 05-11468-MLW |

**LOCAL RULE 16.1(D) CERTIFICATE OF CONFERENCE**

The undersigned affirm that they have conferred:

(a) concerning the costs of conducting the full course — and various alternative courses — of the litigation, and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Ruth T. Dowling (BBO #645568)
Cara M. Cheyette (BBO #648107)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

_____
Marlo Larry
17 Carroll Avenue
Brockton, MA 02301

February 17, 2006

BOS111 11725214.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alexandra Bastien, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Wal-Mart Stores, Inc.,<br><br>   Defendant. | Civil Action No. 05-11468-MLW |

## LOCAL RULE 16.1(D) CERTIFICATE OF CONFERENCE

The undersigned affirm that they have conferred:

(a) concerning the costs of conducting the full course — and various alternative courses — of the litigation, and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Ruth T. Dowling (BBO #645568)
Cara M. Cheyette (BBO #648107)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

_____
Donna Lee
98 Peterson Avenue
Brockton, MA 02302

February 17, 2006

BOS111 11725214.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alexandra Bastien, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Wal-Mart Stores, Inc.,<br><br>    Defendant. | Civil Action No. 05-11468-MLW |

## LOCAL RULE 16.1(D) CERTIFICATE OF CONFERENCE

The undersigned affirm that they have conferred:

(a)   concerning the costs of conducting the full course — and various alternative courses — of the litigation, and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Ruth T. Dowling (BBO #645568)
Cara M. Cheyette (BBO #648107)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

_____
Courtney Myles
141 Sheridan Street
Brockton, MA 02302

February 17, 2006

BOS111 11725214.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alexandra Bastien, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 05-11468-MLW |
| Wal-Mart Stores, Inc., | |
| Defendant. | |

## LOCAL RULE 16.1(D) CERTIFICATE OF CONFERENCE

The undersigned affirm that they have conferred:

(a)  concerning the costs of conducting the full course — and various alternative courses — of the litigation, and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Ruth T. Dowling (BBO #645568)
Cara M. Cheyette (BBO #648107)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

_____
Chris Sandiford
123 Newbury Street, #3
Brockton, MA 02301

February 17, 2006

BOS111 11725214.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Alexandra Bastien, et al.,

        Plaintiffs,

v.

Wal-Mart Stores, Inc.,

        Defendant.

Civil Action No. 05-11468-MLW

## LOCAL RULE 16.1(D) CERTIFICATE OF CONFERENCE

The undersigned affirm that they have conferred:

(a)    concerning the costs of conducting the full course — and various alternative courses — of the litigation, and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Ruth T. Dowling (BBO #645568)
Cara M. Cheyette (BBO #648107)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

_____
Michelle Tyler
3 Boylston Street
Randolph, MA 02368

February 17, 2006

BOS111 11725214.1