## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**ALENNDRA BASTEIN et al**              CIVIL CASE
                                        NO. 05-11468-MLW

            V.

**WAL-MART STORES, INC.**
            **Defendant(s)**

                    **NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **SCHEDULING CONFERENCE** previously scheduled for **FEBRUARY 22, 2006** at **4:00 P.M.** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been RESCHEDULED. It is RESCHEDULED for **FEBRUARY 24, 2006** at 4:00 PM.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

**February 21, 2006**                   By:  /s/ Dennis O'Leary
Date                                         Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                            [ntchrgcnf.]