UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDRA BASTIEN et al., | |
| Plaintiff, | |
| v. | Civil Action No.  05-11468-MLW |
| WAL-MART STORES, INC., | |
| Defendant. | |

### ASSENTED-TO MOTION TO RESCHEDULE RULE 16 SCHEDULING CONFERENCE

Plaintiffs, Alexandra Bastien et al., move with the assent of Defendant Wal-Mart Stores, Inc. to reschedule the Scheduling Conference currently scheduled for February 24, 2006 at 4:00 pm.  Plaintiffs received notice on February 21, 2006, that the original time of the Scheduling Conference on February 22, 2006, was rescheduled for February 24, 2006.  The lead attorney for the Plaintiffs, Ruth Dowling, will be out of the state on February 24, 2006, on a long-planned family vacation.  Plaintiffs' counsel's attempts to reach the Court's clerk by phone have been unsuccessful.  The parties propose the afternoon of either March 1, 2006, or March 3, 2006, as alternative dates for the Scheduling Conference.

For these reasons, Plaintiffs, with Defendant's assent, respectfully move this Court to reschedule the Rule 16 conference for March 1, 2006, or March 3, 2006 or another date convenient to the Court.

Alexandra Bastien et al.
By their attorneys,


/s/ Ruth T. Dowling

Ruth T. Dowling (BBO #645568)
Scott R. Magee (BBO #664067)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
617.239.0100

Dated: February 22, 2006


CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-registered participants on February 22, 2006.

/s/  Ruth T. Dowling