UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS,<br>        Plaintiffs,<br>   v.<br><br>WAL-MART STORES, INC.,<br>        Defendant. | Civil Action<br>No. 05-CV-11468-MDW |

**NOTICE OF WITHDRAWAL**

Cara M. Cheyette hereby enters her withdrawal as counsel on behalf of the plaintiffs, Ayala, Bastien, Belus, Castro Velazquez, Gabriel, Johnson, Larry, Lee, Myles, Sandiford, Tyler and Vicente, in her personal capacity and on behalf of her minor child, Destiny Ramos in the above-referenced case. Ruth T. Dowling will continue to represent the plaintiffs.

By their attorneys,

/s/ Cara M. Cheyette
Ruth T. Dowling (BBO #645568)
Cara M. Cheyette (BBO #648107)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

February 24, 2006

BOS111 11732848.1