## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


**ALEXANDRA BASTEIN et al**

                                        CIVIL ACTION
                                        NO. 05-11468-MLW

                v


**WALMART**



### NOTICE

**WOLF, D.J.**

        PLEASE TAKE NOTICE that the above-entitled case has been set

for a 16b SCHEDULING CONFERENCE on MARCH 16, 2006 at 2:30 P.M.

before Judge WOLF in Courtroom # 10 on the 5th floor.




                                        SARAH THORNTON, CLERK



March 8, 2006                  By:   /s/ Dennis O'Leary
Date                                 Deputy Clerk




Notice mailed to:
(notice.frm - 10/96)                              [ntchrgcnf.]