# United States District Court
# District of Massachusetts

ALEXANDRA BASTIEN, ET AL.,
    Plaintiffs,

v.                                      CIVIL ACTION NO. 2005-11468-RBC

WAL-MART STORES, INC.,
    Defendant.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.:

    (1)   Initial sets of interrogatories and requests for production of documents must be served *on or before the close of business on Thursday, April 6, 2006;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules of Civil Procedure.*

    (2)   All other non-expert discovery shall be filed and/or served *on or*

*before the close of business on Friday, October 13, 2006* and *COMPLETED on or before the close of business on Wednesday, November 15, 2006.*

(3) The parties shall serve reports of their experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., *on or before the close of business on Friday, December 15, 2006*; the parties shall serve reports of their experts in full compliance with Rule 26(a)(2)(C), Fed. R. Civ. P., *on or before the close of business on Monday, January 15, 2007.*

(4) All other expert discovery (including depositions) shall be completed *by the close of business on Thursday, February 15, 2007.*

(5) Counsel shall report for a further conference on *Tuesday, September 12, 2006 at 3:30 P.M.* at Courtroom #23 (7th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At said conference, the Court shall hear counsel as to (a) the status of discovery and (b) whether the case should be referred for mediation.

/s/ Robert B. Collings
ROBERT B. COLLINGS
March 16, 2006.              United States Magistrate Judge