UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, JEFF GEORGE, THERESA GEORGE, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS,<br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>WAL-MART STORES, INC.,<br>　　　　　　　　　Defendant. | Civil Action No.<br>05-CV-11468-RBC |

**NOTICE OF APPEARANCE**

　　Pursuant to Local Rule 83.5.2, please enter the appearance of Scott R. Magee on behalf of Plaintiffs Ayala, Bastien, Belus, Castro Velazquez, Gabriel, Jeff George, Theresa George, Johnson, Larry, Lee, Myles, Sandiford, Tyler, Vicente and Ramos.

1

ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, JEFF GEORGE, THERESA GEORGE, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER, CARLA VICENTE, and DESTINY RAMOS,

by their attorneys:

/s/ Scott R. Magee_____
Scott R. Magee (BBO #664067)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

April 20, 2006

2