UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, JEFF GEORGE, THERESA GEORGE MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | Civil Action No. 05-11468-RBC |

ASSENTED TO MOTION TO STAY PLAINTIIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS, MOTION TO COMPEL RESPONSES TO INTERROGATORIES, AND MOTION FOR SANCTIONS AGAINST DEFENDANT WAL-MART STORES, INC.

Wal-Mart Stores, LP in the above referenced action hereby moves this Court to stay the Motion to Compel Production of Documents, Motion to Compel Responses to Interrogatories, and Motion for Sanctions Against Defendant Wal-Mart Stores, Inc. (the "Motion") filed by the Plaintiffs in this subject action. Plaintiffs' counsel will bring the Motion forward in the event that they feel

their Motion needs to be addressed by the Court after they have had the opportunity to review Wal-Mart's recent Responses to Interrogatories and Responses to Plaintiffs' Request for Production of Documents.

WHEREFORE, for the reasons set forth above, Wal-Mart respectfully requests that this Honorable Court grant its Motion to Stay the Plaintiffs' Motion To Compel Production Of Documents, Motion To Compel Responses To Interrogatories, and Motion For Sanctions Against Defendant Wal-Mart Stores, Inc.

```
                                    Respectfully submitted,

Dated: June 20, 2006                WAL-MART STORES EAST, LP

                                    By its attorneys,

                                    CRAIG AND MACAULEY
                                      PROFESSIONAL CORPORATION

                                    s/ Richard E. Quinby
                                    Richard E. Quinby (BBO#545641)
                                    Allison M. O'Neil (BBO#641330)
                                    Chauncey D. Steele IV (BBO#647207)
                                    Craig and Macauley
                                      Professional Corporation
                                    Federal Reserve Plaza
                                    600 Atlantic Avenue
                                    Boston, MA  02210
                                    (617) 367-9500
ASSENTED TO:


s/ Ruth Dowling
Ruth T. Dowling, Esquire
BBO No. 645568
Scott R. Magee, Esquire
BBO No. 664067
Edwards, Angell, Palmer, & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

Barbara J. Dougan, Esquire
BBO No. 558392
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, MA 02108
(617) 482-1145

Anne Marie G. Harris, Esquire
BBO No. 557862
Salem State College
School of Business
352 Lafayette Street
Salem, MA 01970
(978) 542-6823
```