UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, JEFFREY GEORGE, THERESA GEORGE, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER, and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　Defendant. | Civil Action No.  05-CV-11468-RBC |

**PLAINTIFFS' STATUS REPORT ON MOTION TO COMPEL AND FOR SANCTIONS.**

On June 13, 2006, Plaintiffs filed a Motion to Compel Production of Documents and Responses to Interrogatories and for Sanctions [Docket No. 28] ("Motion to Compel").  On June 21, 2006, the Court granted Defendant Wal-Mart Stores, Inc.'s Assented-to Motion to Stay Plaintiffs' Motion to Compel and ordered that a status report be filed by July 12, 2006 with respect to whether the Motion to Compel is pressed.  Plaintiffs now provide this status report to the Court withdrawing the Motion to Compel.  After the Plaintiffs filed the Motion to Compel, Defendants produced responses to Plaintiffs' First Set of Interrogatories and Plaintiffs' First Request for Production of Documents and Things.  On July 11, 2006, counsel for both parties conferred and reached agreement on outstanding discovery issues regarding those responses.  Discovery is proceeding and no further action from the Court is required at this time.

Wherefore, Plaintiffs respectfully withdraw the Motion to Compel filed June 13, 2006.

ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, JEFFREY GEORGE, THERESA GEORGE, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS

By their attorneys,


/s/ Scott R. Magee
Ruth T. Dowling (BBO #645568)
Scott R. Magee (BBO #664067)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
617.239.0100

Barbara J. Dougan (BBO #558392)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 482-1145

Anne-Marie G. Harris (BBO #557862)
SALEM STATE COLLEGE
SCHOOL OF BUSINESS
352 Lafayette Street
Salem, MA 01970
(978) 542-6823

Dated: July 11, 2006