UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
ALEZALEE AYALA, ALEXANDRA      )
BASTIEN, ROUDY BELUS,          )
MARIBEL CASTRO VELAZQUEZ,      )    Civil Action No. 05-11468-RBC
TONI GABRIEL, JEFF             )
GEORGE, THERESA GEORGE,        )
MAURICE JOHNSON, MARLO         )
LARRY, DONNA LEE, COURTNEY     )
MYLES, CHRIS SANDIFORD,        )
MICHELLE TYLER and CARLA       )
VICENTE, in her personal       )
capacity and on behalf         )
of her minor child,            )
DESTINY RAMOS,                 )
                               )
      Plaintiffs,              )
                               )
v.                             )
                               )
WAL-MART STORES, INC.,         )
                               )
      Defendant.               )
_____)
```

## MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure Wal-Mart Stores East, LP ("Wal-Mart") hereby requests that the scheduling order in the above referenced matter be amended to extend the remaining deadlines for ninety (90) days.

Wal-Mart offers the following reasons in support of its motion:

    1.   This case involves eight separate incidents of alleged discrimination with fifteen different Plaintiffs.

2. Wal-Mart has noticed depositions of eight of the Plaintiffs (one Plaintiff per incident), which depositions are scheduled to take place according to the following schedule:

| | |
|---|---|
| September 22nd (Fri): | Carla Vicente |
| September 28th (Thu): | Aleezalee Ayala |
| October 17th (Tue): | Michelle Tyler |
| October 24th (Thu): | Alexandra Bastien |
| October 26th (Thu): | Roudy Belus |
| October 31st (Tue): | Jeffrey George |
| November 9th (Thu): | Donna Lee |
| November 14th (Thu): | Chris Sandiford |

3. The parties have agreed to try and mediate this matter at the conclusion of these depositions in lieu of immediately conducting the depositions of the remaining seven Plaintiffs (and any new percipient witnesses). Should the mediation session that the parties have contemplated not result in a complete resolution of this matter, Wal-Mart will obviously require some additional time to conduct discovery. At minimum, Wal-Mart would expect to be able to take the depositions of the remaining seven Plaintiffs and any percipient witnesses who the Plaintiffs identify.

4. This is the first such request for an extension of the scheduling order.

5. None of the parties will be prejudiced by the allowance of this motion.

WHEREFORE, Wal-Mart Stores East, LP respectfully requests that the scheduling order in the above referenced matter be amended to extend the remaining deadlines for ninety (90) days.

                                    Respectfully submitted,

Dated: September 1, 2006      WAL-MART STORES EAST, LP

                                    By its attorneys,

                                    CRAIG AND MACAULEY
                                      PROFESSIONAL CORPORATION

                                    /s/ Chauncey D. Steele IV
                                    Richard E. Quinby (BBO#545641)
                                    Allison M. O'Neil (BBO#641330)
                                    Chauncey D. Steele IV (BBO#647207)
                                    Craig and Macauley
                                     Professional Corporation
                                    Federal Reserve Plaza
                                    600 Atlantic Avenue
                                    Boston, MA  02210
                                    (617) 367-9500

## RULE 7.1(A)(2) CERTIFICATION

    I hereby certify that I have conferred with Plaintiffs' counsel and have attempted in good faith to resolve this issue.

                                    /s/ Chauncey D. Steele IV
                                    Chauncey D. Steele IV

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 1, 2006.

                                    /s/ Chauncey D. Steele IV
                                      Chauncey D. Steele IV