UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, JEFFREY GEORGE, THERESA GEORGE, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER, and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS,<br><br>        Plaintiffs,<br><br>   v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | Civil Action No. 05-CV-11468-RBC |

**STIPULATION OF VOLUNTARY DISMISSAL**
**OF PLAINTIFFS JEFFREY GEORGE AND THERESA GEORGE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the parties stipulate and agree to the dismissal without prejudice of all claims asserted by Plaintiffs Jeffrey George and Theresa George against the Defendant Wal-Mart Stores, Inc. in the above-captioned action, without costs or attorneys' fees to any party.

| Wal-Mart Stores, Inc. | Alexandra Bastien, et al. |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Chauncey D. Steele IV_____ | /s/ Scott R. Magee_____ |
| Richard E. Quinby (BBO #545641) | Ruth T. Dowling (BBO #645568) |
| Allison O'Neil (BBO #641330) | Scott R. Magee (BBO #664067) |
| Chauncey D. Steele IV (BBO #647207) | EDWARDS ANGELL PALMER & DODGE LLP |
| Craig and Macauley | 111 Huntington Avenue |
| 600 Atlantic Avenue | Boston, MA 02199-7613 |
| Boston, MA 02210 | 617.239.0100 |
| 617.367.9500 | |
| | Barbara J. Dougan (BBO # 558392) |
| | LAWYERS' COMMITTEE FOR CIVIL RIGHTS |
| | UNDER LAW OF THE BOSTON BAR ASSOCIATION |
| | 294 Washington Street, Suite 443 |
| | Boston, MA 02108 |
| | (617) 482-1145 |
| | |
| | Anne-Marie G. Harris (BBO #557862) |
| | SALEM STATE COLLEGE |
| | SCHOOL OF BUSINESS |
| | 352 Lafayette Street |
| | Salem, MA 01970 |
| | (978) 542-6823 |

September 8, 2006

SO ORDERED:

_____
HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

Dated:   September \_\_\_, 2006