UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, JEFFREY GEORGE, THERESA GEORGE, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER, and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　Defendant. | Civil Action No.  05-CV-11468-RBC |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION
## TO AMEND SCHEDULING ORDER

Plaintiffs Ayala, Bastien, Belus, Castro Velazquez, Gabriel, Jeffrey George, Theresa George, Johnson, Larry, Lee, Myles, Sandiford, Vicente and Ramos ("Plaintiffs") provide this response to Defendant Wal-Mart Stores, Inc.'s ("Wal-Mart") motion to amend the scheduling order to extend fact discovery until February 15, 2007.  Plaintiffs assent to an extension until January 5, 2007.  Plaintiffs expect that mediation will be pursued quickly by both sides shortly after the current date on which discovery closes, November 15, 2006.  In the event that mediation does not resolve the case, an extension to January 5, 2007 will give Wal-Mart adequate time to conduct further discovery and depose the remaining plaintiffs.  After Wal-Mart filed its Motion to Amend Scheduling Order the parties filed a stipulation of dismissal regarding the two plaintiffs involved in the allegations regarding the Quincy Wal-Mart.  These were the only allegations regarding the Quincy Store, so dismissal of these two plaintiffs should relieve

much of the discovery burden on both sides.  Accordingly, Wal-Mart will not be prejudiced by an extension limited to January 5, 2007.

If Wal-Mart asserts that it will be prejudiced by an extension until January 5, 2007, rather than February 15, 2007, any such prejudice is completely of Wal-Mart's own making.  Plaintiffs served timely document requests and interrogatories on April 6, 2006, which were not responded to until June.  Plaintiffs also timely objected to Wal-Mart's initial discovery requests on the basis that they failed to comply with Local Rule 26.1.  Wal-Mart did not serve discovery requests that complied with Local Rule 26.1 until August 16, 2006 and August 23, 2006.  Wal-Mart served its first deposition notices on August 22, 2006.  Thus, any delay in the current discovery schedule has been created by Wal-Mart, not the Plaintiffs.

WHEREFORE,  Plaintiffs assent to Wal-Mart's motion to the extent that it seeks to enlarge the time for fact discovery until January 5, 2007.

ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, JEFFREY GEORGE, THERESA GEORGE, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS

By their attorneys,


/s/ Scott R. Magee
Ruth T. Dowling (BBO #645568)
Scott R. Magee (BBO #664067)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
617.239.0100

Barbara J. Dougan (BBO #558392)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW OF THE BOSTON BAR ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 482-1145

Anne-Marie G. Harris (BBO #557862)
SALEM STATE COLLEGE
SCHOOL OF BUSINESS
352 Lafayette Street
Salem, MA 01970
(978) 542-6823

Dated: September 12, 2006