# United States District Court
# District of Massachusetts

ALEXANDER BASTIEN, ET AL,
    Plaintiffs,

V.                     CIVIL ACTION NO. 2005-11468-RBC

WAL-MART STORES, INC.,
    Defendant.

## AMENDED SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Amended Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.:

    (1)    Initial sets of interrogatories and requests for production of documents must be served *on or before the close of business on Thursday, April 6, 2006*; responses, answers and/or objections shall be served *within the time provided by the Federal Rules of Civil Procedure.*

    (2)    All other non-expert discovery shall be filed and/or served *on or before the close of business on Friday, December 1, 2006 and COMPLETED*

*on or before the close of business on Friday, January 5, 2007.*

(3)   The parties shall serve reports of their experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., *on or before the close of business on Monday, February 5, 2007;* the parties shall serve reports of their experts in full compliance with Rule 26(a)(2)(C), Fed. R. Civ. P., *on or before the close of business on Monday, March 5, 2007.*

(4)   All other expert discovery (including depositions) shall be completed *by the close of business on Thursday, April 5, 2007.*

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

September 14, 2006.