# United States District Court
# District of Massachusetts

**ALEXANDRA BASTIEN, ET AL.,**
    **Plaintiff,**

    **V.**                                                          **CIVIL ACTION NO. 2005-11468-RBC**

**WAL-MART STORES, INC.,**
    **Defendant.**

## *ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION*

**COLLINGS, U.S.M.J.**

    After consideration of the various alternative dispute resolution programs (ADR) available and at the request of counsel, I find this case appropriate for ADR and accordingly, refer this case to the Court's ADR Program for the following ADR:

```
____EARLY  NEUTRAL EVALUATION        X  MEDIATION
____MINI-TRIAL                       ____SUMMARY JURY TRIAL
____SETTLEMENT CONFERENCE            ____SPECIAL MASTER
____PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM
```

    Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

*COUNSEL REQUEST THAT THE MEDIATION BE HELD ON NOVEMBER 15, 2006 OR AS SOON THEREAFTER AS POSSIBLE.*

/s/ *Robert B. Collings*
**ROBERT B. COLLINGS**
**United States Magistrate Judge**

**Date: September 12, 2006.**

CASE CATEGORY

| | | | |
|---|---|---|---|
| Antitrust | _____ | Bankruptcy | _____ |
| Civil Rights | X | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | Social Security | _____ |
| Other | _____ | | |