UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEZALEE AYALA, ALEXANDRA ) <br> BASTIEN, ROUDY BELUS, ) <br> MARIBEL CASTRO VELAZQUEZ, ) <br> TONI GABRIEL, MAURICE ) <br> JOHNSON, MARLO LARRY, ) <br> DONNA LEE, COURTNEY ) <br> MYLES, CHRIS SANDIFORD, ) <br> MICHELLE TYLER and CARLA ) <br> VICENTE, in her personal ) <br> capacity and on behalf ) <br> of her minor child, ) <br> DESTINY RAMOS, ) <br>   ) <br>     Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> WAL-MART STORES, INC., ) <br>   ) <br>     Defendant. ) | Civil Action No. 05-11468-RBC |

ASSENTED-TO MOTION TO CONTINUE ADR HEARING

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 40.3(A) Wal-Mart Stores East, LP ("Wal-Mart") respectfully requests that the ADR Hearing in the above-referenced matter, which is currently scheduled to commence on November 28, 2006 be continued until December 14, 2006 or as soon as practicable thereafter. Wal-Mart offers the following reasons in support of its motion:

1. Counsel for Wal-Mart has a jury trial scheduled to commence on November 27, 2006 in the matter of Melanie Brown v. Celestino Lopez and Valet Parking of New England v. Alexandre

Felizardo, Middlesex Superior Court, C.A. No. 05-00863. Counsel for Wal-Mart represents Celestino Lopez and Valet Parking of New England, and the trial is expect to last four or five days.

2. Counsel for both parties are presently available for an ADR Hearing on December 14, 2006 or as soon as practicable thereafter.

3. None of the parties will be prejudiced by the allowance of this motion.

4. Plaintiffs' counsel assents to this motion.

WHEREFORE, Wal-Mart respectfully requests that the ADR Hearing in the above-referenced matter, which is currently scheduled to commence on November 28, 2006 be continued until December 14, 2006 or as soon as practicable thereafter.

Dated: October 31, 2006

Respectfully submitted,

WAL-MART STORES EAST, LP

By its attorneys,

CRAIG AND MACAULEY
  PROFESSIONAL CORPORATION

/s/ Chauncey D. Steele IV
Richard E. Quinby (BBO#545641)
Chauncey D. Steele IV (BBO#647207)
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
(617) 367-9500

2

Assented to:

By counsel for the Plaintiffs,


/s/Scott R. Magee
Ruth T. Dowling (BBO #645568)
Scott R. Magee (BBO #664067)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100


## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 31, 2006.

                                               /s/ Chauncey D. Steele IV
                                                  Chauncey D. Steele IV