UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                              )
ALEZALEE AYALA, ALEXANDRA )
BASTIEN, ROUDY BELUS,         )
MARIBEL CASTRO VELAZQUEZ, )        Civil Action No. 05-11468-RBC
TONI GABRIEL, MAURICE         )
JOHNSON, MARLO LARRY,         )
DONNA LEE, COURTNEY           )
MYLES, CHRIS SANDIFORD,       )
MICHELLE TYLER and CARLA      )
VICENTE, in her personal      )
capacity and on behalf        )
of her minor child,           )
DESTINY RAMOS,                )
                              )
     Plaintiffs,              )
                              )
v.                            )
                              )
WAL-MART STORES, INC.,        )
                              )
     Defendant.               )
                              )
```

## JOINT MOTION TO EXTEND CERTAIN DEADLINES

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 40.3(A) the Plaintiffs in the above-referenced matter and Wal-Mart Stores East, LP (collectively, "the parties") respectfully request that certain deadlines be adjusted to reflect the fact that the ADR Hearing has recently been continued until January 16, 2007.

Given that the ADR Hearing will now take place on January 16, 2007, the parties need additional time to conduct additional discovery in the event that the hearing does not result in a settlement. None of the parties will be prejudiced by the allowance of this motion, and all parties join in the motion. Specifically, the parties request that Court extend the current deadlines as follows:

1.    The parties shall submit their report to the Court regarding the prospects of settlement no later than Thursday, February 1, 2007.

2.    All other non-expert discovery shall be filed and/or served on or before the close of business on Thursday, February 1, 2007 and completed on or before the close of business on Monday, March 5, 2007.

3.    The parties shall serve reports of their experts in full compliance with Rule 26(a)(2)(B), Fed. R. Civ. P., on or before the close of business on Thursday, April 5, 2007; the parties shall serve reports of their experts in full compliance with Rule 26(a)(2)(C), Fed. R. Civ. P., on or before the close of business on Monday, May 7, 2007.

4.    All other expert discovery (including depositions) shall be completed by the close of business on Tuesday, June 5, 2007.

WHEREFORE, the parties respectfully request that the fact discovery, expert discovery, and settlement report deadlines be adjusted as outlined herein to reflect the fact that the ADR Hearing has recently been continued until January 16, 2007.

Dated: November 13, 2006            Respectfully submitted,

ALEXANDRA BASTIEN, ET AL.           WAL-MART STORES EAST, LP

By their attorneys,                 By its attorneys,

EDWARDS ANGELL PALMER &             CRAIG AND MACAULEY
DODGE LLP                           PROFESSIONAL CORPORATION


/s/ Scott R. Magee                  /s/ Chauncey D. Steele IV
Ruth T. Dowling (BBO #645568)       Richard E. Quinby (BBO#545641)
Scott R. Magee (BBO #664067)        Chauncey D. Steele IV (BBO#647207)
Edwards Angell Palmer & Dodge LLP   Craig and Macauley
111 Huntington Avenue                Professional Corporation
Boston, MA  02199                   Federal Reserve Plaza
(617) 239-0100                      600 Atlantic Avenue
                                    Boston, MA  02210
                                    (617) 367-9500

2