UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:05-11468RBC

ALEXANDRA BASTIEN, ET AL
Plaintiffs

V.

WAL-MART STORES, INC.
Defendant

ORDER OF RECUSAL

SOROKIN, M.J.

    I hereby recuse myself from this case under 28 U.S.C. Section 455.  This case shall be returned to the mediation coordinator for reassignment.
  SO ORDERED.

                                                          /s/ Leo T. Sorokin
                                                    UNITED STATES MAGISTRATE JUDGE

January 5, 2007