UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER, and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>WAL-MART STORES, INC.,<br><br>                    Defendant. | Civil Action No.  05-CV-11468-RBC |

**JOINT STATUS REPORT OF THE PARTIES
ON THE PROSPECTS OF SETTLEMENT**

Pursuant to this Court's orders of September 12, 2006 and November 14, 2006, the parties provide this status report on the prospects of settlement.  The mediation session that had been scheduled for January 16, 2007 was cancelled because the mediator recused himself.  On January 11, 2007 a new mediator was assigned to the case, and on Janaury 26, 2007 his office contacted the parties to arrange a new date for the mediation session.  The parties are hopeful that they will be able to find a suitable date during the month of February at which the mediation session will occur and the case will be resolved.  In the event that mediation does not resolve the case, the parties intend to file a joint motion to extend discovery approximately 45 days beyond the mediation date.

| Wal-Mart Stores, Inc. | Alexandra Bastien, et al. |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Chauncey D. Steele IV_____ | /s/ Scott R. Magee_____ |
| Richard E. Quinby (BBO #545641) | Ruth T. Dowling (BBO #645568) |
| Allison O'Neil (BBO #641330) | Scott R. Magee (BBO #664067) |
| Chauncey D. Steele IV (BBO #647207) | EDWARDS ANGELL PALMER & DODGE LLP |
| Craig and Macauley | 111 Huntington Avenue |
| 600 Atlantic Avenue | Boston, MA 02199-7613 |
| Boston, MA 02210 | 617.239.0100 |
| 617.367.9500 | |
| | Barbara J. Dougan (BBO # 558392) |
| | LAWYERS' COMMITTEE FOR CIVIL RIGHTS |
| | UNDER LAW OF THE BOSTON BAR ASSOCIATION |
| | 294 Washington Street, Suite 443 |
| | Boston, MA 02108 |
| | (617) 482-1145 |
| | |
| | Anne-Marie G. Hakstien (BBO #557862) |
| | SALEM STATE COLLEGE |
| | SCHOOL OF BUSINESS |
| | 352 Lafayette Street |
| | Salem, MA 01970 |
| | (978) 542-6823 |

January 31, 2007