# United States District Court
# District of Massachusetts

ALEXANDRA BASTIEN,
ET AL,
    Plaintiffs,

v.

CIVIL ACTION NO:
05-11468-RBC

WAL-MART STORES, INC.,
    Defendant.

## ORDER RE: SETTLEMENT

COLLINGS, U.S.M.J.

    After Mediation, counsel have advised that the above-styled has settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Monday, April 30, 2007.**

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

March 1, 2007.