UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER, and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Civil Action No.  05-CV-11468-RBC |

**JOINT STATUS REPORT OF THE PARTIES
ON THE PROSPECTS OF SETTLEMENT**

Pursuant to this Court's order of February 1, 2007, the parties provide this status report on the prospects of settlement.  On February 26, 2007, the parties engaged in mediation with the mediator assigned by the Federal Court.  To the extent the mediator informed the Court that the parties had reached final settlement, this is incorrect.  After mediation, however, the parties believe that they will be able to settle the case without further discovery, and counsel for all parties are currently negotiating terms of a settlement agreement to resolve the case.  As a result, the parties have not been engaging in discovery that would be unnecessary in the event that they reach a final settlement.  In the event that the current settlement negotiations fail, the parties will seek to extend discovery.  Finally, the parties hope that the final settlement agreement will be executed prior to the April 30, 2007 deadline set by the Court for dismissal, but if it is not, the parties will advise the Court accordingly.

| | |
|---|---|
| Wal-Mart Stores, Inc. | Alexandra Bastien, et al. |
| By its attorneys, | By their attorneys, |
| /s/ Chauncey D. Steele IV_____ | /s/ Scott R. Magee_____ |
| Richard E. Quinby (BBO #545641)<br>Allison O'Neil (BBO #641330)<br>Chauncey D. Steele IV (BBO #647207)<br>Craig and Macauley<br>600 Atlantic Avenue<br>Boston, MA 02210<br>617.367.9500 | Ruth T. Dowling (BBO #645568)<br>Scott R. Magee (BBO #664067)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613<br>617.239.0100<br><br>Barbara J. Dougan (BBO # 558392)<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS<br>UNDER LAW OF THE BOSTON BAR ASSOCIATION<br>294 Washington Street, Suite 443<br>Boston, MA 02108<br>(617) 482-1145<br><br>Anne-Marie G. Hakstien (BBO #557862)<br>SALEM STATE COLLEGE<br>SCHOOL OF BUSINESS<br>352 Lafayette Street<br>Salem, MA 01970<br>(978) 542-6823 |

March 8, 2007