UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEZALEE AYALA, et al,.<br><br>                    Plaintiffs,<br>v.<br><br>WAL-MART STORES, INC.,<br><br>                    Defendant. | Civil No. 05-11468 RBC |

### NOTICE OF WITHDRAWAL

Please note the undersigned counsel's withdrawal of her appearance in this matter. Attorneys Ruth T. Dowling, Scott R. Magee and Anne-Marie G. Harris, whose appearances are on file, remain as counsel for the Plaintiffs.

                                        Respectfully submitted,

                                        /s/ Barbara J. Dougan
                                        Barbara J. Dougan (BBO # 558392)
                                        LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                        UNDER LAW OF THE BOSTON BAR
                                        ASSOCIATION
                                        294 Washington Street, Suite 443
                                        Boston, MA 02108
                                        (617) 482-1145

Dated: April 5, 2007