UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEZALEE AYALA, et al,<br><br>                Plaintiffs,<br>    v.<br><br>WAL-MART STORES, INC.,<br><br>                Defendant. | Civil No. 05-11468 RBC |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a) notice is hereby given that Attorney Nadine Cohen, of the Lawyers' Committee For Civil Rights Under Law of the Boston Bar Association, enters her appearance as co-counsel on behalf of the Plaintiffs in this matter. Attorneys Ruth T. Dowling, Scott R. Magee and Anne-Marie G. Harris, whose appearances are on file, remain as co-counsel for the Plaintiffs.

Respectfully submitted,

/s/ Nadine M. Cohen
_____
Nadine M. Cohen (BBO # 090040)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW OF THE BOSTON BAR
ASSOCIATION
294 Washington Street, Suite 443
Boston, MA 02108
(617) 482-1145

Dated: April 10, 2007

- 2 -

## **CERTIFICATE OF SERVICE**

I, Nadine Cohen, hereby certify that a true copy of this document was electronically served upon counsel of record on April 10, 2007.

                                        /s/ Nadine M. Cohen
                                        _____
                                        Nadine M. Cohen