UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEZALEE AYALA, ALEXANDRA BASTIEN, ROUDY BELUS, MARIBEL CASTRO VELAZQUEZ, TONI GABRIEL, MAURICE JOHNSON, MARLO LARRY, DONNA LEE, COURTNEY MYLES, CHRIS SANDIFORD, MICHELLE TYLER, and CARLA VICENTE, in her personal capacity and on behalf of her minor child, DESTINY RAMOS,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Civil Action No. 05-CV-11468-RBC |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), the parties hereby dismiss all claims in this action with prejudice and with each party to bear its own fees and costs.

| Wal-Mart Stores, Inc. | Alexandra Bastien, et al. |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Chauncey D. Steele IV_____ | /s/ Scott R. Magee_____ |
| Richard E. Quinby (BBO #545641) | Ruth T. Dowling (BBO #645568) |
| Allison O'Neil (BBO #641330) | Scott R. Magee (BBO #664067) |
| Chauncey D. Steele IV (BBO #647207) | EDWARDS ANGELL PALMER & DODGE LLP |
| Craig and Macauley | 111 Huntington Avenue |
| 600 Atlantic Avenue | Boston, MA 02199-7613 |
| Boston, MA 02210 | 617.239.0100 |
| 617.367.9500 | |
| | Nadine Cohen (BBO #090040) |
| | LAWYERS' COMMITTEE FOR CIVIL RIGHTS |
| | UNDER LAW OF THE BOSTON BAR ASSOCIATION |
| | 294 Washington Street, Suite 443 |
| | Boston, MA 02108 |
| | (617) 482-1145 |

June 1, 2007